IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AARON MILLS,  )
 )
    Petitioner,  )
 )
v.  )  CASE NO. CV416-242
 )
JOSE MORALES,  )
 )
    Respondent.  )
 )

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 petition is **DENIED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2016.

                WILLIAM T. MOORE, JR.
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA