AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Aaron Mills,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-242,

Jose Morales,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 10/26/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the petition without prejudice.

| 10/26/16 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03